**STATE of Missouri, Respondent,**

v.

**James CODY, Jr., Appellant.**

**James CODY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 47945.**

Missouri Court of Appeals,
Western District.

May 2, 1995.

Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

This appeal arises from a felony conviction for stealing, and the trial court's denial of a

 

Rule 29.15 motion for postconviction relief. Rule 30.25(b) and Rule 84.16(b).

Judgments Affirmed.